# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHN FRANK WARREN, JR.,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              1:05cv333-02-MU

JOANNE WORLEY, Nursing
Supervisor at Craggy
Correctional Center; ET AL.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2005 Order.

                                                    FRANK G. JOHNS, CLERK

December 5, 2005

                                *s / Elizabeth J. Barton*
                   BY: _____
                              Elizabeth Barton, Deputy Clerk